No. 80–6655. WATERS v. HENDERSON ET AL. Appeal from Ct. App. Tenn. Motion of Frank S. Bloch et al. for leave to file a brief as *amici curiae* denied. Appeal dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 80–1872. ALLEN v. ELLISOR, CHAIRMAN, SOUTH CAROLINA ELECTION COMMISSION. C. A. 4th Cir. Certiorari granted, judgment vacated, and case remanded with directions to consider whether the case has become moot by reason of the enactment of Act R 655, effective March 20, 1981, whereby § 7–5–120(5)(b) of the South Carolina Code of Laws (1976) was amended. See *Crowell* v. *Mader*, 444 U. S. 505 (1980).

No. 80–2159. LEHMAN v. WEISS. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Parratt* v. *Taylor*, 451 U. S. 527 (1981).

No. 80–2172. SEEKONK WATER DISTRICT v. HERITAGE HOMES OF ATTLEBORO, INC. C. A. 1st Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Newport* v. *Fact Concerts, Inc.*, 453 U. S. 247 (1981).

No. 81–211. MICHIGAN v. HURD. Ct. App. Mich. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded to the Court of Appeals to consider whether its judgment is based upon federal or state constitutional grounds, or both. See *California* v. *Krivda*, 409 U. S. 33 (1972).